1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  199 Figueroa Street, 3rd Floor
   Ventura, California 93001
3  Telephone:  (805) 653-7937
   Facsimile: (805) 653-7225
4  E-mail: andrewtkoenig@hotmail.com

5  Attorney for Plaintiff Patricia Ann Wilson

6

7

8
                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
10

11

12  PATRICIA ANN WILSON              )    CASE NO. 13-4981-E
                                     )
13       Plaintiff,                  )    [PROPOSED] ORDER
                                     )    AWARDING ATTORNEY'S
         v.                          )    FEES AND COSTS PURSUANT
14                                   )    TO THE EQUAL ACCESS TO
                                     )    JUSTICE ACT
15  CAROLYN W. COLVIN,               )
    ACTING COMMISSIONER OF SOCIAL    )
16  SECURITY,                        )
                                     )
17       Defendant.                  )
                                     )
18  ─────────────────────────────────

19       Based upon the parties' Stipulation for Award of Fees under the Equal

20  Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded

21  attorney fees under the Equal Access to Justice Act in the amount of THREE-

22  THOUSAND ONE-HUNDRED DOLLARS AND NO CENTS ($3,100.00),  as

23  authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

24

25  Dated: 5/28/14

26                          UNITED STATES MAGISTRATE JUDGE

27

28
                                    1